**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Walter Tabb, Jr. | No.   09-07319 |
| Debtor | Hon.  Hon. Janet S. Baer |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE**

**To: See attached Service List**

PLEASE TAKE NOTICE that on August 19, 2014, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

                 _____/s/ Meredith S. Fox_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Michael A. Miller and Tom Vaughn on August 19, 2014.

                 _____/s/ Meredith S. Fox_____

Meredith S. Fox - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-236-0077

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Walter Tabb, Jr.
9841 S. Woodlawn Ave
Chicago, IL 60628

Tom Vaughn
55 E. Monroe Street
Chicago, IL 60604

Michael A. Miller
Robert J. Semrad & Associates, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603